# BRADLEY B. BANIAS

5 Sutherland Avenue, Charleston, South Carolina 29403
Brad@wasdenbanias.com • (843) 324-5717

## PROFESSIONAL EXPERIENCE

Wasden Banias, LLC     Oct. 2019 – present
- Principal

Charleston School of Law     Aug. 2014 – present
- Adjunct Professor
- Fall 2014, Spring 2017, Spring 2018 & Spring 2019 – Immigration Law and Policy
- Fall 2015 & Fall 2019 – Administrative Law
- Spring 2016 & Fall 2018 & Spring 2020 – Federal Courts and Immigration Law

Barnwell, Whaley, Patterson & Helms, LLC     Oct. 2013 – Oct. 2019
- Attorney
- Focus on business litigation, federal court immigration litigation, and family, employment and investment-based immigration petitions

United States Department of Justice – Civil Division     Sep. 2010 – Sep. 2013
- Trial Attorney – Office of Immigration Litigation - District Court Section
- Defended Departments of State, Homeland Security, and Labor in federal courts

United States Court of Appeals for the Fourth Circuit     Aug. 2009 – Aug. 2010
- Law Clerk to the Honorable Dennis W. Shedd

United States District Court for the District of South Carolina     Aug. 2007 – Aug. 2008
- Law Clerk to the Honorable G. Ross Anderson, Jr.

## PROFESSIONAL MEMBERSHIPS

College of Charleston Honors College Advisory Board     Aug. 2017 – present

American Immigration Lawyers Association     Oct. 2013 – present
- Chair of the Federal Litigation Section for the Carolinas Chapter

James L. Petigru American Inn of Court     July 2015 – present
- Nominated and accepted as member

## EDUCATION

Columbia Law School     Aug. 2008 – May 2009
LL.M., James Kent Scholar (highest honors)

Charleston School of Law     Aug. 2004 – May 2007
J.D., *summa cum laude* (top 2%)
- Charleston Law Review and Moot Court Board

College of Charleston Honors College     Aug. 2000 – Dec. 2003
B.A., *cum laude*, Philosophy

## PUBLICATIONS

Brad Banias, *G-28s with USCIS and the Administrative Procedure Act*, Am. Immigration Lawyers Ass'n: VOICE, at p. 4 (Mar. 2015).

Brad Banias, *Overcoming Delays in District Court*, Am. Immigration Lawyers Ass'n: VOICE, at p. 4 (Jan. 2015).

Brad Banias, *The Cost of Assuming Litigation Costs*, Am. Immigration Lawyers Ass'n: VOICE, at p. 4 (Sep. 2014).

Brad Banias, *Pre-Suit Letters: An Alternative Option?*, Am. Immigration Lawyers Ass'n: VOICE, at p. 6 (Apr. 2014).

Brad Banias, *A "Substantial Argument" Against Prolonged, Pre-Removal Detention,* 11 RUTGERS RACE & L. REV. 31 (2009).

Brad Banias, comment, *"Membership in a Particular Social Group": Does America Comply with Its International Obligation?*, 1 CHAS. L. REV. 123 (2007).

## PAST AND UPCOMING SPEAKING ENGAGEMENTS

Just the Facts, Please: Nuts and Bolts of Habeas Corpus Litigation, San Diego, California (June 22, 2020).

EB-5 in the Courts: Lawsuits, Litigation and Influencing the Industry's Future, IIUSA's EB-5 Leaders Advocacy Summit (May 12, 2020).

A View from the Inside - A conversation with former Government Attorneys, 2020 AILA Federal Court Litigation Conference: Business Litigation (Apr. 20, 2020).

U-visa Adjudication Trends, AILA Midwest Regional Conference, Chicago, Illinois (March 13, 2020)

Employment Based Visa Litigation Trends and Tips, AILA Georgia and Alabama Chapter, Atlanta, GA (Jan. 17, 2020).

Government Attorney's Perspective, AILA Business Litigation Seminar, Washington, DC (September 2018).

U-Visa Litigation and Administrative Procedure Act for Immigration Litigation: Federal Bar Association - Immigration Law Section (Memphis, Tennessee May 2018).

Immigration for Civil Litigators: Louis Petigru Society of the American Inns of Court (Charleston, South Carolina Jan. 2018).

Representing Arab and Muslim-Americans in Challenging Times, Project South (Charleston, South Carolina September 2017).

Habeas Petitions, 2017 AILA Fundamentals of Immigration Law Conference (Denver, Colorado August 2017).

Detention Litigation, National Immigration Project of the National Lawyers Guild (Atlanta, Georgia April 2017).

Naturalization and Green Card Delays, Representing Muslim and Arab Clients, Project South (Durham, North Carolina April 2017).

Mandamus and Habeas Panel, AILA National Conference (Las Vegas, Nevada June 2016).

Business Immigration (for Non-Immigration Attorneys), Hilton Head Island Bar Association (Hilton Head, South Carolina May 2015).

Federal Immigration Litigation Under the APA, Carolinas Chapter of the American Immigration Lawyers Association (Charlotte, North Carolina Sep. 2014).

## Exemplar Cases

*Perez* – *Perez v. Cuccinelli*,
   No. 18-1330, — F.3d —, 2020 WL 611530 (4th Cir. Feb. 10, 2020) (*en banc*)

*Perez-Sanchez v. Barr*,
   935 F.3d 1148 (11th Cir. 2019)

*Salmeron-Salmeron v. Spivey*,
   926 F.3d 1283 (11th Cir. 2019)

*Mahmood v. Sessions*,
   849 F.3d 187 (4th Cir. 2017)

*Patel v. Cuccinelli*,
   400 F. Supp. 3d 1373 (M.D. Ga. 2019)

*Grey v. Cissna*,
   No. 9:18-cv-1764-DCN (D.S.C. Sep. 16, 2019)

*Murray v. Cissna*,
   No. 2:18-cv-2358951-DCN (D.S.C. Jun. 4, 2019)