

1037 Chuck Dawley Blvd. D100
Mount Pleasant, SC 29464

843.732.4441
www.blazerlaw.com

Cameron Jane Blazer, Esq.
Peter T. Phillips, Esq. *Of Counsel*

August 7, 2020

Judge Robert J. Conrad
235 Charles R. Jonas Federal Bldg
401 West Trade Street
Charlotte , NC 28202

Dear Judge Conrad:

    I am writing in regard to my colleague Bradley Banias of Wasden Banias, LLC.

    My chief area of practice is state and federal criminal defense, which often intersects with issues affecting the immigration status of my clients and witnesses. When these issues result in the need for federal litigation, there are very few attorneys in the District of South Carolina who are sufficiently versed in the intersection immigration and administrative law to take on such litigation against the United States, particularly if those issues are likely to result in appellate litigation.

    For the last seven years, I have relied on Mr. Banias for informal advice, formal legal opinions, and litigation support any time such issues have arisen. His counsel has been invaluable, and his results in litigation cases impressive. I have found his knowledge and work product to be superior and more than worthy of a Three Hundred Eighty-Five ($385.00) Dollar per hour rate.

    Please let me know if I can provide additional information that would assist the Court.

    With best wishes I remain,

Sincerely,

Cameron Jane Blazer