# TIME SHEET FOR BRAD BANIAS

| Date | Court | Task | Time |
|---|---|---|---|
| 9/16/2016 | District | Reviewed AAO denial and USCIS denial of Felipe's SIJ application. | 0.8 |
| 9/16/2016 | District | Researched SIJ statutes and regulations; reviewed generally the state of the SIJ case law. | 2.2 |
| 9/16/2016 | District | Researched WDNC local rules and venue statute to determine proper district for case | 1.1 |
| 9/18/2016 | District | Started writing first draft of complaint re: facts. | 2.7 |
| 9/20/2016 | District | Finished writing first draft of the complaint; finished causes of action. | 3.3 |
| 9/24/2020 | District | Completed in forma pauperis, pro hac vice, summons, and civil cover sheet. | 1.8 |
| 10/16/2016 | District | Phone call with co-counsel re: timing of filing and filing the case initiating documents. | 0.5 |
| 10/27/2016 | District | Finalized all case initiating documents for co-counsel to file. | 3.5 |
| 11/3/2020 | District | Reviewed filings and discussed judge assignment with co-counsel. | 1 |
| 11/22/2016 | District | Researched "coventional service" via US Marshall | 1 |
| 12/12/2016 | District | Reviewed notices of appearance for government attorneys | 0.2 |
| 1/8/2017 | District | Emailed opposing counsel re: response time | 0.2 |
| 2/1/2017 | District | Draftd rule 26(f) report and forwarded it to opposing counsel | 1.4 |
| 3/20/2017 | District | Emailed opposing counsel re: extension of time for opening brief | 0.5 |
| 3/20/2017 | District | Phone call with opposing counsel re: extension of time | 0.4 |
| 3/20/2017 | District | Drafted second motion for entry of consent scheduling order; drafted proposed order; and finalized both. | 1.5 |
| 3/23/2017 | District | Reviewed administrative record; made significant notes. | 2.9 |
| 3/25/2017 | District | Conducted legal research re: ultra vires eligibility criteria in the Fourth Circuit; | 3.1 |

| Date | Court | Description | Hours |
|---|---|---|---|
| 3/25/2017 | District | Conducted legal research re: NC state law on finality of custody orders | 1.8 |
| 3/25/2017 | District | Conducted legal research re: full faith and credit clause and state court judgments | 1.9 |
| 3/28/2017 | District | Drafted facts for MSJ, including legal background of SIJ | 2.7 |
| 3/29/2017 | District | Conducted additional legal research re: legislative history and regulatory history of SIJ provisions. | 3.9 |
| 4/2/2017 | District | Finished first draft of brief; forwarded to co-counsel | 6.9 |
| 4/4/2017 | District | Finalized MSJ for co-counsel's final review. | 3.1 |
| 5/5/2017 | District | Reviewed government's cross motion for summary judgment and response; took detailed notes for response/reply | 1.8 |
| 5/5/2017 | District | Additional in-depth research re: policy manual and North Carolina law. | 2.9 |
| 5/10/2017 | District | Drafted initial draft of response/reply to government's cross motion | 5.4 |
| 5/11/2017 | District | Finalized response/reply | 4.9 |
| 5/20/2017 | District | Reviewed government's response/reply. Looked into local rule for right for sur-reply. Opted against it. | 1.1 |
| 8/28/2017 | District | Reviewed government's notice of supplemental authority | 0.5 |
| 3/7/2018 | District | Reviewed court's order. Researched appeal deadlines. Strategy session with co-counsel. | 1.8 |
| 3/23/2018 | District | Drafted notice of appeal. | 0.5 |
| 3/26/2018 | Circuit | Completed Appearance of counsel, docketing statement, and disclosure statement. | 0.3 |
| 3/26/2018 | Circuit | Reviewed briefing schedule. | 0.2 |
| 4/3/2018 | Circuit | Identified record for appeal. | 1.3 |
| 5/2/2018 | Circuit | Started writing opening brief; conducted additional research. Re-wrote significant portions of legal argument around Ojo. | 2.1 |
| 5/5/2018 | Circuit | Finished opening brief; included additional research re: text, structure, history and NC law. | 7.8 |
| 5/7/2018 | Circuit | Finalized opening brief. | 4.4 |
| 5/7/2018 | Circuit | Finalized appendix. | 2 |

| Date | Court | Description | Hours |
|---|---|---|---|
| 5/31/2018 | Circuit | Reviewed government's response brief. | 1.9 |
| 6/3/2018 | Circuit | Researched Chenery doctrine and its application. Started drafting reply. | 2.8 |
| 6/14/2018 | Circuit | Finished and finalized reply brief. | 4.3 |
| 8/7/2018 | Circuit | Reviewed case tentatively calendered notice, and Drafted conflict with argument dates | 0.3 |
| 9/5/2018 | Circuit | Drafted oral argument acknowledgment. | 0.4 |
| 10/27/2018 | Circuit | Reviewed all briefs and records in argument preparation | 2.8 |
| 10/28/2018 | Circuit | Conducted research on SIJ case law to look for new cases. | 1.1 |
| 10/29/2018 | Circuit | Traveled from Charleston to Richmond for argument. | 7 |
| 10/29/2018 | Circuit | Engaged in argument preparation | 3.1 |
| 10/30/2018 | Circuit | Final preparations for argument | 1 |
| 10/30/2018 | Circuit | Attended and presented oral argument. | 1.5 |
| 10/30/2018 | Circuit | Traveled from Richmond to Charleston. | 7 |
| 11/5/2018 | Circuit | Researched and drafted notice of supplemental authority. | 1.2 |
| 11/9/2018 | Circuit | Reviewed the government's notice of supplemental authority. | 0.5 |
| 1/29/2019 | Circuit | Reviewed the panel opinion. | 1.1 |
| 1/29/2019 | Circuit | Communication to client re: decision and strategy forward. | 0.5 |
| 3/10/2019 | Circuit | Started researching petition for rehearing en banc. | 1.2 |
| 3/12/2019 | Circuit | Completed first draft of petition for rehearing | 3.2 |
| 3/15/2019 | Circuit | Finalized petition for rehearing en banc | 2.1 |
| 3/29/2019 | Circuit | Reviewed government's response; researched opportunity to file reply. | 1.8 |
| 6/12/2019 | Circuit | Drafted motion for extension of time to file supplemental brief | 0.8 |
| 6/17/2019 | Circuit | Conducted legal research for supplemental brief. | 2.9 |
| 6/19/2019 | Circuit | Finalized supplemental brief | 2 |
| 7/15/2019 | Circuit | Finalized corrected supplemental brief | 0.8 |
| 8/5/2019 | Circuit | Reviewed government's supplemental brief | 1.9 |
| 9/13/2019 | Circuit | Reviewed all briefs and new cases in preparation for oral argument. | 4.9 |

| Date | Court | Description | Hours |
|---|---|---|---|
| 9/15/2019 | Circuit | Conducted argument preparation. | 2 |
| 9/18/2019 | Circuit | Traveled to Richmond from Charleston for Oral Argument | 7 |
| 9/18/2019 | Circuit | Finalized argument prep; reviewed record in detail. | 2.3 |
| 9/19/2019 | Circuit | Attended and presented oral argument. | 2.1 |
| 9/19/2019 | Circuit | Traveled from Richmond to Charleston. | 7 |
| 2/10/2020 | Circuit | Reviewed en banc decision. | 1.8 |
| 2/10/2020 | Circuit | Provided update to co-counsel for client. | 0.5 |
| 5/4/2020 | Circuit | Email to opposing counsel re: settlement offer for EAJA | 0.2 |
| 5/4/2020 | Circuit | Research re: extended deadline for petitions for certiorari due to COVID | 0.5 |
| 6/26/2029 | Circuit | Second email to opposing counsel re: settlement offer for EAJA fees | 0.3 |
| 7/31/2020 | Circuit | Research re: filing EAJA in district or circuit court. | 1.8 |
| 8/3/2020 | Circuit | Started drafting EAJA petition for WDNC. | 2.8 |
| 8/4/2020 | Circuit | Consolidated and finalized time sheets for exhibits. | 4 |
| 8/5/2020 | Circuit | Continued drafting of EAJA petition. | 6.4 |
| 8/7/20220 | District | Finalized EAJA petition | 4.8 |
| 8/7/2020 | District | Drafted motion to enforce judgment | 2.3 |
| | | Total | 189.3 |

**Time Sheet for Andres Lopez**

| Date | Court | Task | Time |
|---|---|---|---|
| 5/21/2016 | District | Reviewed denial of AAO appeal and researched options. | 1.2 |
| 5/22/2016 | District | Communicated with client regarding need to research next steps, including Administrative Procedures Act claim. | 1 |
| 7/10/2016 | District | Researched Administrative Procedures Act and denial of SIJS claim by AAO and USCIS. | 4.5 |
| 7/11/2016 | District | Communicated with client obtaining co-counsel and filing action in District Court. | 2 |
| 9/12/2016 | District | Communicated with client and co-counsel regarding action in District Court. | 1.2 |
| 10/4/2016 | District | Communicated with client regarding federal action. | 0.4 |
| 10/16/2016 | District | Phone call with co-counsel re: timing of filing and filing the case initiating documents. | 0.5 |
| 10/28/2016 | District | Reviewed and filed in forma pauperis, pro hac vice, summons and civil cover sheets. | 4 |
| 11/3/2020 | District | Reviewed filings and discussed judge assignment with co-counsel. | 1 |
| 11/3/2020 | District | Updated client regarding filing of federal action. | 0.2 |
| 12/12/2016 | District | Reviewed notices of appearance for government attorneys | 0.2 |
| 1/30/2017 | District | Updated client regarding federal action. | 0.6 |
| 4/2/2017 | District | Received and reviewed first draft of brief from co-counsel. | 1.3 |
| 4/5/2017 | District | Researched state regulations and immigration law regarding SIJS. | 4.5 |
| 5/5/2017 | District | Reviewed government's cross motion for summary judgment and response; took detailed notes for response/reply | 1.8 |
| 5/20/2017 | District | Reviewed government's response/reply. . | 0.7 |
| 8/28/2017 | District | Reviewed government's notice of supplemental authority | 0.5 |
| 9/15/2017 | District | Updated client regarding status of case. | 1 |
| 3/7/2018 | District | Reviewed court's order. Researched appeal deadlines. Strategy session with co-counsel. | 1.8 |

| Date | | Description | Hours |
|---|---|---|---|
| 5/31/2018 | Circuit | Reviewed government's response brief. | 1 |
| 10/15/2018 | Circuit | Researched state regulations and immigration law regarding SIJS. | 2.5 |
| 10/30/2018 | Circuit | Communicated with co-counsel regarding oral argument. | 0.5 |
| 10/31/2018 | Circuit | Listened to oral argument and communicated with co-counsel. | 0.8 |
| 11/9/2018 | Circuit | Reviewed the government's notice of supplemental authority. | 0.3 |
| 1/29/2019 | Circuit | Reviewed the panel opinion. | 0.8 |
| 1/29/2019 | Circuit | Communication to client re: decision and strategy forward. | 2.2 |
| 3/29/2019 | Circuit | Reviewed government's response. | 1 |
| 8/5/2019 | Circuit | Reviewed government's supplemental brief | 0.5 |
| 9/9/2019 | Circuit | Updated client regarding status of case. | 1.5 |
| 9/13/2019 | Circuit | Reviewed all briefs and new cases in preparation for oral argument. | 2 |
| 9/15/2019 | Circuit | Conducted argument preparation. | 2.25 |
| 9/18/2019 | Circuit | Traveled to Charlotte to Richmond for Oral Argument | 4.5 |
| 9/18/2019 | Circuit | Reviewed record in detail. | 2.6 |
| 9/19/2019 | Circuit | Attended oral argument; assisted in presenting oral argument. | 2.1 |
| 9/19/2019 | Circuit | Traveled from Richmond to Asheville | 6 |
| 10/20/2019 | Circuit | Updated client regarding oral argument. | 1 |
| 2/10/2020 | Circuit | Reviewed en banc decision. | 1.25 |
| 2/10/2020 | Circuit | Received and reviewed update from co-counsel; Discussed update with client. | 1 |
| 4/30/2020 | Circuit | Communicated to client regarding remand for SIJS. | 1.25 |
| 8/7/2020 | Circuit | Consolidated and finalized time sheets for exhibits. | 2 |
| 8/6/2020 | Circuit | Checked case status of I-360 petition | 0.25 |
| | | Total Time | 59 |



HAMPTON INN & SUITES RICHMOND DOWNTOWN
700 EAST MAIN STREET,SUITE A
RICHMOND, VA  23219
United States of America
TELEPHONE 804-643-5400   • FAX 804-643-5200
Reservations
www.hilton.com or 1 800 HILTONS

BANIAS, BRADLEY

5 SUTHERLAND AVE

CHARLESTON SC  294034308
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 1519/NQRU |
| Arrival Date: | 10/29/2018  6:50:00 PM |
| Departure Date: | 10/30/2018 10:40:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | BURTONJO1 |
| Room Rate: | 155.82 |
| AL: | |
| HH # | 936817357 SILVER |
| VAT # | |
| Folio No/Che | 91335 A |

Confirmation Number: 52297999

HAMPTON INN & SUITES RICHMOND DOWNTOWN 10/30/2018 10:39:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 10/29/2018 | 249190 | PARKING HONDA ACCORD GREY | $15.00 |
| 10/29/2018 | 249191 | GUEST ROOM | $155.82 |
| 10/29/2018 | 249191 | OCCUPANCY TAX | $12.47 |
| 10/29/2018 | 249191 | STATE TAX | $8.26 |
| 10/30/2018 | 249347 | AX *5317 | ($191.55) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,000 hotels and resorts in 100 countries, please visit Honors.com

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

**855-381-9415**     US$ ▾    Reservations

Your reservation is confirmed, and is paid in full.    **Confirmation Number:** **R1661978192**
Thank you for using Guest Reservations!

## Reservation Details



**Omni Richmond Hotel**

| | |
|---|---|
| Total Charge | **US$290.47** |
| Check In | **Wednesday, Sep 18, 2019** |
| Check Out | **Thursday, Sep 19, 2019** |
| Adults | 1 |

**Omni Richmond Hotel**

★★★★☆
100 S 12th St Richmond, VA 23219

## Your Receipt

# Omni Richmond Hotel

| | |
|---|---|
| Guest | Bradley Banias |
| Arrive | Wednesday, September 18, 2019 |
| Depart | Thursday, September 19, 2019 |
| Adults | 1 |
| Room | 1 Deluxe Room 1 King Bed |

## » Rates per room

**Room 1: Deluxe Room 1 King Bed (Bradley Banias - 1 adults, 0 children)**

| | |
|---|---|
| Wed, Sep 18 | US$203.30 |

## » Costs & Fees

| | |
|---|---|
| Subtotal | US$203.30 |
| Tax Recovery Charges & Service Fees ❓ | US$87.17 |
| Total | US$290.47 |

## » Payment Info

| | |
|---|---|
| Payment Method | American Express |
| Card Number | ************2106 |
| Amount Charged | US$290.47 |

Your card was charged in US Dollars

This payment will be processed in the United States and will appear on your statement as "cci*Hotel Res".

By booking this reservation you have accepted the Terms and Conditions.

## » Billing Address

| | |
|---|---|
| Name | Bradley Banias |
| Address | 5 Sutherland Avenue<br>Charleston, SC 29403 |
| Phone | 8433245717 |

## » Cancellation Policy

Each room in this reservation is subject to the hotel's cancellation policy which is: This reservation is non-refundable. There is no refund for no-shows or early checkouts.

## » Additional Policies

Pre Pay Policy: This hotel requires a deposit which will be charged to your credit card shortly after purchase.

## » Booking Ref. Number

280644114

Case 3:16-cv-00748-RJC-DSC   Document 35-4   Filed 08/07/20   Page 10 of 10